# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MICHAEL WESTON,

    Petitioner,

v.

RICHARD RAEMISCH, Secretary,
Wisconsin Department of Corrections and
MICHAEL MORGAN, Secretary,
Wisconsin Department of Administration,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.:   09-cv-339-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
by Deputy Clerk

6/2/09
_____
Date